ACCEPTED
15-24-00009-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/3/2025 12:24 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/3/2025 12:24:18 PM
CHRISTOPHER A. PRINE
Clerk



DARBY RILEY
darbyriley@rileylawfirm.com

CHARLES A. RILEY, P.C.
charlesriley@rileylawfirm.com

CHRIS RILEY, M.A.
LEGAL ASSISTANT

March 18, 2025

County Clerk's Office - Central Filing
Bexar County Courthouse
100 Dolorosa
San Antonio, Texas 78205

Probate Court Clerks
Probate Courts Nos. 1, 2 and.3
Bexar County Courthouse
San Antonio, Texas 78205

Bexar County District Courts
4th Floor – Jury Assignments
Bexar County Courthouse
San Antonio, Texas 78205
Attn: Lisa Dossman

The Fifteenth Court of Appeals**
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, TX. 78711

Hon. Gloria A. Martinez
Bexar County District Clerk
Paul Elizondo Tower
101 W Nueva, Suite 217
San Antonio, Texas 78205

Comal County District Clerk*
150 N. Seguin Ave. #304
New Braunfels, Texas 78130

Medina County Court at Law***
1100 16th St. #203
Hondo, TX. 78861

RE:   **Vacation Letter for 2025-January, 2026 – Darby Riley**

Dear Clerks:

Please do not set me for any jury trials or other hearings that conflict with the following out of town trial dates and vacation days:

April 28- May 5, 2025 – Trial in Comal County
June 4 – June 30, 2025
September 25 – October 3, 2025
November 24 – December 1, 2025
December 22, 2025 – January 2, 2026

320 Lexington Ave. San Antonio, TX 78215-1913 Tel: (210) 225-7236   Fax: (210) 227-7907

I have enclosed an extra copy of this letter with the request that you forward to me a file-stamped, conformed copy in the self-addressed, stamped envelope I have provided for your convenience. By copy of this letter, I am forwarding a true and correct copy of this letter to all interested parties, so they do not set any hearing, depositions, discovery, or other proceedings during this time. This notice is also being served via the e-filing system.

Thank you for your cooperation in this matter.

Very truly yours,

Darby Riley
Texas Bar No. 16924400

DR/cdr
Enclosures

\* Cause No. C2023-0149C' Alvarez vs. Tobin

\*\* No.15-24-00009-CV; Terry Burns, M.D. and Stephen M. Rapkin v. The City of San Antonio, Texas, Acting By and Through the City Public Service Board of San Antonio, Texas, and Ken Paxton, Attorney General of Texas

\*\*\*Cause No. 2821; Midland Funding LLC v. Rebecca Venzor

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 99238750
Filing Code Description: Letter
Filing Description: Vacation Letter
Status as of 4/3/2025 12:26 PM CST

Associated Case Party: Terry Burns

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Darby Riley | | darbyriley@rileylawfirm.com | 4/3/2025 12:24:18 PM | SENT |

Associated Case Party: The City of San Antonio, Texas, Acting By and Through The City Public Service Board

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Michael W.O'Donnell | | mike.odonnel@nortonrosefulbright.com | 4/3/2025 12:24:18 PM | SENT |

Associated Case Party: The CIty of San Antonio, Texas Acting By and THrough The City Public Service Board of San Antonio, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Paul Trahan | | paul.trahan@nortonrosefulbright.com | 4/3/2025 12:24:18 PM | SENT |

Associated Case Party: Lynn Saarinen

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Lynn Saarinen | | Lynn.Saarinen@oag.texas.gov | 4/3/2025 12:24:18 PM | SENT |